1052

No. 02–6567.  HARVELL v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 02–6568.  BOWDEN v. BAHL.  C. A. 8th Cir.  Certiorari denied.

No. 02–6572.  CARMONA v. MINNESOTA ET AL.  C. A. 8th Cir. Certiorari denied.

No. 02–6573.  SALES v. MISSOURI.  Sup. Ct. Mo.  Certiorari denied.

No. 02–6574.  SHAMBATUYEV v. YEARWOOD, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 02–6575.  RODRIGUEZ v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 02–6578.  SCOTT v. CRIST, WARDEN, ET AL.  C. A. 8th Cir. Certiorari denied.

No. 02–6582.  WILLIAMSON v. FLOUR BLUFF INDEPENDENT SCHOOL DISTRICT ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 02–6583.  THOMAS v. HOOKS, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 02–6585.  VANDERBERG v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 02–6586.  VAN CLEAVE v. NEW YORK.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.

No. 02–6590.  DUME v. COLORADO.  Ct. App. Colo.  Certiorari denied.

No. 02–6592.  MOORE v. VANDEL ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 02–6594.  SCARBROUGH v. JOHNSON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH.  C. A. 3d Cir.  Certiorari denied.